ACCEPTED
05-15-00107-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/1/2015 12:00:00 AM
LISA MATZ
CLERK

No. 05-15-00034-CR
No. 05-15-00035-CR
No. 05-15-00107-CR

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

5/31/2015 5:07:15 PM

LISA MATZ
Clerk

# IN THE COURT OF APPEALS
## FOR THE FIFTH DISTRICT OF TEXAS
### AT DALLAS

---

**SUMMER RAE HARRIS**,
Appellant

**v.**

**THE STATE OF TEXAS**,
Appellee

---

On Appeal from the
194th Judicial District Court
Dallas County, Texas
Trial Nos. F-14-60100, F-13-25326, F-13-25357

---

## MOTION TO FILE BRIEF TENDERED

---

**Christian T. Souza**
SBN: 00785414
*Attorney for Appellant*

4303 N. Central Expressway
Dallas, Texas 75205
Tel. (214) 862-7462
Fax (214) 696-0867
E-Mail: ctsouza@gmail.com

TO THE HONORABLE COURT OF APPEALS:

COMES NOW Appellant Summer Rae Harris and submits this motion to file brief tendered in Appeal Nos. 05-15-00034-CR (theft enhanced), 05-15-00035-CR (forgery) and 05-15-00107-CR (forgery) pursuant to the Texas Rules of Appellant Procedure. TEX. R. APP. P. 10.1, 10.5, 38.6, 38.8.

I.

The record was completed in No. 05-15-00034-CR on March 30, 2015. On April 30, 2015, Appellant filed his first motion for extension of time to file the Brief for Appellant on all three cases. On May 1, 2015, this Court granted Appellant's motion, allowing until May 29, 2015 in all three cases. The record was completed in 05-15-00035-CR and in 05-15-00107-CR when the Clerk's Records in those cases were filed on May 19, 2015. Appellant has tendered his Brief for Appellant on May 31, 2015.

II.

In addition to having an incomplete record in two of the cases until May 19, 2015, counsel has had conflicting obligations including as follows since May 1, 2015: (1) preparation including witness contacts for hearing in *Ex parte Daniel Perez*, set in the 292nd Judicial District Court in Dallas County for May 22, 2015, with the State advising on May 5, 2015 that it desired a reset, and with case reset for June 26, 2015; (2) appeal bond reduction hearing in the

trial court on May 5, 2015 in connection with the appeals at bar; (3) investigation and motion concerning supplementation of the record *Jorge Villarreal-Flores v. United States of America*, Appeal No. 14-11241, with motion filed on May 8, 2015; (4) Brief for Appellant in Appeal Bond Appeal in *Theodore Roosevelt Arthur v. State*, Appeal No. 05-15-00452-CR, an accelerated appeal, filed in this Court on May 13, 2015; (5) begin work towards Brief for Appellant in *Jose Lozano v. State*, Appeal No. 05-14-00593-CR, with trial court findings due on June 17, 2015; and (6) Brief for Appellant in *Humberto Martinez-Benitez v. State*, Appeal No. 02-14-00440-CR, a 90-year sentence murder case, filed in the Second Court of Appeals of Texas on May 29, 2015.

III.

For the foregoing reasons, Appellant respectfully requests this Court to accept the brief that has been tendered and to order for it to be filed on any such terms as this Court would prescribe. TEX. R. APP. P. 10.1, 10.5, 38.6, 38.8.

Respectfully submitted,

/s/ Christian T. Souza
**Christian T. Souza**
SBN: 00785414
4303 N. Central Expressway
Dallas, Texas 75205
Tel. (214) 862-7462
Fax (214) 696-0867
ctsouza@gmail.com

**Attorney for Appellant**

CERTIFICATE OF SERVICE

I certify serving a true and correct copy of this motion to Appellate Division, Dallas County District Attorney, 133 N. Riverfront Blvd., Dallas, Texas 75219, by regular mail, commercial delivery, or by delivery via electronic mail on May 31, 2015.

/s/ Christian T. Souza
Christian T. Souza